IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM MICHAEL TUNES                                                              PLAINTIFF

V.                              Case No. 3:12CV00066 JTK

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                     DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 16th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE